# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# (MIAMI DIVISION)

FILED BY PG D.C.

MAR 25 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

ILEANA M. DAVIDE,

    Plaintiff,

v.

CASE NO. 1:19-cv-20161-CMA

UBER TECHNOLOGIES, INC.,

    Defendant,

_____/

## PLAINTIFF, ILEANA DAVIDE'S MOTION TO REOPEN CASE AND SET ASIDE ORDER

Plaintiff, Ileana Davide ("Davide"), respectfully requests that the court reopen the case and set aside it's order (DE 11) and states as grounds the following:

1. Ileana Davide did timely file a motion for extension of time in response to DE 9.

2. The docket shows the date of entry of March 18, 2019. One day before this court entered its order (DE 11), yet the DE number is higher for the extension motion than for the court order, signifying that it was entered after the court had ruled.

3. Davide has spoken to the clerk who has explained that when items are sent in the mail, they are sometimes not entered on the same say they are received but are back dated to show the actual date of receipt. Lawyers do not have to worry about this issue affecting them because they are required to file electronically.

4. Davide believes that the court was not aware of the response when it issued its ruling. In fact, the order says that no response was timely filed.

5. Davide has meritorious defenses to the motion and would like the opportunity to be heard.

6. Uber ignored Davide & the AAA when Davide originally sought arbitration, leaving her choice but to seek judicial redress. Basically having to file suit to get them to pay attention.

7. For them to be able to just ignore the public, when it is their agreement that calls for arbitration, and then after being hauled into Federal Court to deal with their disrespect for the process, simply seek the arbitration process like if nothing is wrong is unjust.

8. Davide would like the opportunity to present her case to the court with the hopes that the court will either force Uber to pay the fees and costs associated with having to bring this action or perhaps allow the action to proceed outside arbitration, in the courts.

9. For this court to foreclose out the opportunity to hold Uber accountable for its actions will only further embolden Uber to continue to abuse the public.

Davide prays that this court will set aside it's order and reopen the case and grant whatever other relief the court may deem appropriate.

Respectfully Submitted,

Ileana Davide, Pro Se
Plaintiff
9415 Sunset Drive #274
Miami, FL. 33173
305-728-3338

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has been furnished, via the following manner on this 21th day of March 2019, the to the following:

**U.S. Mail Service List**
Edward Mullins, Esq.
Reed Smith
1001 Brickell Bay Drive, 9th Floor
Miami, FL 33131



$0.50
US POSTAGE
FIRST-CLASS
062S0008396714
33173

Mike P. Ferguson, JR
U.S. Courthouse
400 North Miami Ave
Miami, FL 33128

Davide
REALTY, INC.
9415 Sunset Drive, Suite 274
Miami, Florida 33173

